**Martha Schultz, appellee, v. William Bartholf, appellant. Gen. No. 25,051.**

Action to recover damages for fraudulent levy. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed June 2, 1920. Rehearing denied June 17, 1920.

John J. Sonsteby, for appellant. Sumner C. Palmer, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

**Cyrus Shank, appellee, v. Chicago Automatic Machine Company, appellant. Gen. No. 25,011.**

Action to recover back salary. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Howard W. Hayes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Reversed and remanded. Opinion filed June 2, 1920.

William J. Lacey, for appellant. Archibald Cattell and Carl A. Waldron, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Nellie Carlin, guardian of estate of Nathan Flax, appellee, v. Belt Railway Company of Chicago et al., on appeal of Chicago & Western Indiana Railroad Company, appellant. Gen. No. 25,039.**

Action to recover for injuries by train to boy playing near tracks. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed June 2, 1920.

C. G. Austin, Jr. and J. Raymond Barse, for appellant. Richard J. Finn and Oscar C. Miller, for appellee; O. A. Arnston, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**D. A. Schulte, Inc., appellant, v. Saratoga European Hotel & Restaurant Company, appellee. Gen. No. 25,048.**

Action to recover overpaid rent. Counterclaim for rent. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed June 2, 1920.

Le Bosky & Pennington, for appellant. Thomas W. Prindeville, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.